UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

EMILIO FUSCO,

                    Petitioner,

                                        No.9:05-CV-1425
              v.                             (FJS/DEP)

T. R. CRAIG, Warden, FCI Raybrook,

                    Respondent.
_____


APPEARANCES:                    OF COUNSEL:

FOR PETITIONER:

[**last known address**]
EMILIO FUSCO, <u>pro</u> <u>se</u>
02689-748
FCI Ray Brook
PO Box 9006
Ray Brook, New York   12977

<u>FOR RESPONDENT:</u>

HON. GLENN T. SUDDABY          CHARLES E. ROBERTS, ESQ.
United States Attorney         Assistant U.S. Attorney
Northern District of New York
Federal Building
100 S. Clinton Street
Syracuse, NY 13261-7198


**FREDERICK J. SCULLIN, JR., S.J.:**


<u>ORDER</u>


     Presently before the Court is Magistrate Judge David E.

Peebles' November 29, 2006 Report-Recommendation in which he

recommends that the action be dismissed pursuant to Rule 41 (b)

of the Federal Rules of Civil Procedure, based upon petitioner's failure to prosecute and to comply with this Court's orders and Local Rules of Practice.  Magistrate Judge Peebles' Report-Recommendation was mailed to Petitioner's last known address, but was returned to the Clerk's office marked,"released."  Failure to notify the Court of a change of address as required by Local Rule 10.1(b) may result in dismissal of the action.  Therefore, in light of Petitioner's failure to notify the Court of his change of address, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge David E. Peebles filed November 29, 2006 is **ACCEPTED** in its entirety for the reasons stated therein, and it is further

**ORDERED**, that this action is **DISMISSED** in its entirety.


**IT SO ORDERED.**

DATED: December 20, 2006
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge